**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1, JANE DOE 2 and JANE DOE 3,

        Plaintiffs,

v.                                                                          Case No:   6:23-cv-788-WWB-LHP

VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY BRANDS HOLDING COMPANY, INC., U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, CHARLESBANK CAPITAL PARTNERS, LP, BAIN CAPITAL, LP, JEFF WEBB, CHAMPION ELITE LEGACY, ASHLEY HUGHES and ERICK KRISTIANSON,

        Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT ERICK KRISTIANSON (Doc. No. 46)**
>
> **FILED:**      **June 13, 2023**

> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiffs move for Clerk's default against Defendant Erick Kristianson, stating that Mr. Kristianson was served by certified mail received by his mother on May 4, 2023. Doc. No. 46. *See also* Doc. No. 13. Upon review, the motion will be denied without prejudice for failure to adequately address, with citation to legal authority, that service of process on Mr. Kristianson was proper under governing law. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served). A renewed motion, which shall be filed on or before **June 27, 2023**, must include a memorandum of legal authority establishing that service of process was proper under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on June 13, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties