IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Jane Does 1, and 2 by and through their mother, Mary Doe, and Jane Doe 3, by and through her father, Joseph Doe,<br><br>Plaintiff,<br><br>v.<br><br>Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Brands Holding Company, Inc., U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation, USA Federation for Sport Cheering d/b/a USA Cheer, Charlesbank Capital Partners, LP, Bain Capital, LP, Jeff Webb, individually, Champion Elite Legacy, Ashley Hughes, and Erick Kristianson,<br><br>Defendants. | Case No. 6:23-cv-00788<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT USA FEDERATION OF SPORT CHEERING D/B/A USA CHEER WITHOUT PREJUDICE** |

Plaintiffs Jane Does 1 and 2, by and through their mother, Mary Doe, and Jane Doe 3, by and through her father, Joseph Doe, hereby file this Notice of Voluntary Dismissal as to Defendant USA Federation of Sport Cheering d/b/a USA Cheer ("Defendant USA Cheer") without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure (FRCP). Same is appropriate as the above-named Defendant has yet to file either a responsive pleading or motion for summary judgment. Out of an abundance of caution, Plaintiffs conferred with counsel for Defendant USA Cheer to advise that Plaintiffs intended to seek leave to dismiss the claims against Defendant without prejudice.

Accordingly, Plaintiffs now ask this Court to enter a dismissal without prejudice as to Plaintiffs' claims against Defendant USA Cheer only, and that each party be responsible for their respective fees and costs. Nothing herein should preclude or otherwise prevent Plaintiffs from re-filing these claims at a later date.

Dated: July 21, 2023

**OSBORNE & FRANCIS**

s/ *J. Robert Bell III*
J. Robert Bell III (FL Bar 115918)
Gregorio Francis (FL Bar No: 008478)
Joseph A. Osborne (FL Bar No: 880043)
925 S Federal Highway, Suite 175
Boca Raton, FL 33432
Phone: (561) 293-2600
Email: rbell@realtoughlawyers.com
gfrancis@realtoughlawyers.com
josborne@realotughlawyers.com

*Attorneys for Plaintiff*

**STROM LAW FIRM, LLC**

s/ *Bakari T. Sellers*
Bakari T. Sellers (SC Fed. ID No. 11099)
Jessica L. Fickling (SC Fed. ID No. 11403)
Alexandra Benevento (SC Fed. ID No. 10734)

6923 N. Trenholm Road, Suite 200
Columbia, South Carolina 29206
Phone: (803) 252-4800
Email:     bsellers@stromlaw.com
jfickling@stromlaw.com
abenevento@stromlaw.com

*Attorneys for Plaintiff*