UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE 1, JANE DOE 2 and JANE
DOE 3,

        Plaintiffs,

v.                                                             Case No.: 6:23-cv-788-WWB-LHP

VARSITY BRANDS, LLC, VARSITY
SPIRIT, LLC, VARSITY BRANDS
HOLDING COMPANY, INC., U.S. ALL
STAR FEDERATION, INC., USA
FEDERATION FOR SPORT
CHEERING, CHARLESBANK CAPITAL
PARTNERS, LP, BAIN CAPITAL, LP,
JEFF WEBB, CHAMPION ELITE
LEGACY, ASHLEY HUGHES and
ERICK KRISTIANSON,

        Defendants.

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant, USA Federation of Sport Cheering d/b/a USA Cheer (Doc. 113). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate USA Federation of Sport Cheering d/b/a USA Cheer as a Defendant in this matter and amend the case style accordingly.

**DONE AND ORDERED** at Orlando, Florida on July 24, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record