**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANE DOE 1, JANE DOE 2 and JANE DOE 3,

        Plaintiffs,

v.          Case No:   6:23-cv-788-CEM-LHP

VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY BRANDS HOLDING COMPANY, INC., U.S. ALL STAR FEDERATION, INC., JEFF WEBB, CHAMPION ELITE LEGACY, ASHLEY HUGHES and ERICK KRISTIANSON,

        Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   MOTION FOR SPECIAL ADMISSION (Doc. No. 136)**
>
> **FILED:      August 24, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Sarah R. Smith, Esq. moves to specially appear in this matter as counsel for Defendant U.S. All Star Federation. Doc. No. 136. Upon review, however, Attorney Smith states that she has appeared in three (3) cases in Florida courts in the last year. *Id*. at 2. The Court reads Local Rule 2.01(c) along with guidance from Florida law to support a finding that an attorney who appears in courts in Florida more than three times within a given 365-day period has abused the privilege of specially appearing. *See* Rule 1-3.10(a)(2), Rules Regulating The Florida Bar (providing more than three appearances by a non-Florida lawyer within a 365-day period is presumed to be the "general practice" of law in Florida). Accordingly, a renewed motion by Attorney Smith must be supported by a showing of why an additional special admission would not abuse the privilege of appearing specially in Florida courts.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties