# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
Motion Hearing

Case Number: 6:23-cv-788-JSS-LHP

| | | |
|---|---|---|
| **JANE DOE 1, JANE DOE 2 and JANE DOE 3,**<br><br>    Plaintiffs,<br><br>v.<br><br>**VARSITY BRANDS, LLC, VARSITY SPIRIT, LLC, VARSITY BRANDS HOLDING COMPANY, INC., U.S. ALL STAR FEDERATION, INC., JEFF WEBB, CHAMPION ELITE LEGACY, ASHLEY HUGHES and ERICK KRISTIANSON,**<br><br>    Defendants. | **Plaintiff's Counsel:**<br><br><br><br><br><br><br><br>**Defense Counsel:** | Gregorio Francis<br>Robert Bell<br>Jessica Fickling (telephonic)<br><br><br><br><br>Ashley Cuttino (telephonic)<br>Ginnette Childs<br>Jennifer Moore<br>Seth Alhadeff (telephonic)<br>W. Scott Gabrielson<br>Brendan Gaffney |

| Judge: | Julie S. Sneed | Court Reporter: | Heather Suarez<br>heather@stenosuarez.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | July 3, 2024 | Time: | 2:00 PM – 2:15 PM<br>TOTAL: 15 minutes |

Case called. Appearances taken.

The Court addresses the Motion for Settlement Approval (Doc. 155) with the parties.

Orders to enter.

Court is adjourned.